1  SARAH L. OVERTON (CSB # 163810)
2  CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
   3801 University Avenue, Suite 560                                    O
3  Riverside, CA  92501
4  (951) 276-4420
   (951) 276-4405 facsimile
5  soverton@cmda-law.com
6  Attorneys for Defendants
   the Honorable Lisa B. Lench,
7  Judge of the Superior Court of California
8  County of Los Angeles, John Clarke,
9  Executive Officer and Clerk of the Superior Court
   of California, County of Los Angeles and
10 the Superior Court of California, County of Los Angeles

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  JOHN-ROBERT: SORENSEN,            )   CASE NO. ᴱᴰ CV 08-1142-CAS (JWJx)
    Ambassador, Public Minister, & Private )
15  Attorney General, LINDA-WEN-       )   JUDGMENT
16  KWANG: WANG, Private Attorney      )
    General (John & Jane Doe 1-100),   )
17                                     )
18           Plaintiffs,              )
                                       )
19                                     )
    v.                                 )
20                                     )
                                       )
21  IN REM "NOTICE OF LIEN", et al,    )
                                       )
22                                     )
             Defendants.              )
23                                     )
                                       )
24       The motion to dismiss plaintiff's complaint of defendants the Honorable Lisa

25  B. Lench, Judge of the Superior Court of California County of Los Angeles, John

26  Clarke, Executive Officer and Clerk of the Superior Court of California, County of

27  Los Angeles and the Superior Court of California, County of Los Angeles came

28  regularly for hearing on November 3, 2008 before the Honorable Christina A.

Cummings, McClorey,
Davis, Acho
& Associates, P.C.
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

_1_

1   Snyder, District Court Judge.  The issues having been duly heard and a decision

2   having been duly rendered, this Court granted the motion to dismiss without leave

3   to amend and the complaint dismissed with prejudice as to these defendants.

4         IT IS SO ORDERED AND ADJUDGED that the action be dismissed

5   against defendants the Honorable Lisa B. Lench, Judge of the Superior Court of

6   California County of Los Angeles, John Clarke, Executive Officer and Clerk of the

7   Superior Court of California, County of Los Angeles and the Superior Court of

8   California, County of Los Angeles, and that these defendants recover their costs.

9

10  Dated December 8, 2008               _____

11                                          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

- 2 -
[PROPOSED] JUDGMENT