| | |
|---|---|
| 1 | BURKE, WILLIAMS & SORENSEN, LLP |
| | JOSEPH P. BUCHMAN, SBN 148983 |
| 2 | jbuchman@bwslaw.com |
| | MICHELE L. GRAELER, SBN 232575 |
| 3 | mgraeler@bwslaw.com |
| | 444 S. Flower Street, Suite 2400 |
| 4 | Los Angeles, California 90071 |
| | (213) 236-0600; Fax (213) 236-2700 |

O

Attorneys for Defendant
ALHAMBRA POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN-ROBERT: SORENSEN, etc., et al., | Case No.: EDCV 08-1142 CAS (JWJx) [Before the Honorable Christina A. Snyder] |
| Plaintiffs, | |
| v. | |
| IN REM "NOTICE OF LIEN" BY JOHN A. CLARKE, etc., et al., | **JUDGMENT** |
| Defendants. | |

The motion to dismiss plaintiff's complaint against defendant ALHAMBRA POLICE DEPARTMENT came on regularly for hearing on January 12, 2009 before the Honorable Christina A. Snyder, District Court Judge. The issues having been duly heard and a decision having been duly rendered, this Court granted the motion to dismiss without leave to amend and the complaint dismissed with prejudice as to this defendant.

1    IT IS SO ORDERED AND ADJUDGED that the action be dismissed
2 against defendant ALHAMBRA POLICE DEPARTMENT and that this defendant
3 recovers its costs.

6 DATED: January 27, 2009    _____
                                United States District Judge