UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 08-1142 CAS (JWJx) | Date | March 20, 2009 |
|---|---|---|---|
| Title | *JOHN-ROBERT SORENSEN, ETC., ET AL. v. IN REM "NOTICE OF LIEN"; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - ORDER TO SHOW CAUSE

On November 24, 2008, the Court granted defendants Judge Lisa B. Lench, John A. Clarke, and the Superior Court of California, County of Los Angeles' Motion to Dismiss Plaintiffs' Complaint filed October 15, 2008 without leave to amend, and the complaint was ordered dismissed with prejudice as to these defendants. On December 8, 2008, Judgement was entered, dismissing the action against these defendants, and that they recover their costs.

On February 23, 2009, the Court granted defendant Magistrate Court of Gwinnett County's Motion to Dismiss Plaintiffs' Complaint filed January 15, 2009 without leave to amend.

On November 26, 2008, plaintiffs named defendants Judge Lisa B. Lench, John A. Clarke, the Superior Court of California, County of Los Angeles, and Magistrate Court of Gwinnett County in their First Amended Petition.

Pursuant to the Court's Orders dated November 24, 2008 and February 23, 2009, defendants Judge Lisa B. Lench, the Superior Court of California, County of Los Angeles, and Magistrate Court of Gwinnett County are hereby ordered dismissed from plaintiffs' First Amended Petition.

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the complaint within 20 days after service (60 days if the defendant is the United States. Fed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 08-1142 CAS (JWJx) | Date | March 20, 2009 |
|---|---|---|---|
| Title | *JOHN-ROBERT SORENSEN, ETC., ET AL. v. IN REM "NOTICE OF LIEN"; ET AL.* | | |

R. Civ. Proc. 12(a)(1).

In the above-referenced action, it appears that one or more of these time periods has not been met. Accordingly, the Court, on its own motion, orders PLAINTIFFS to show cause in writing on or before **April 7, 2009** why this action should not be dismissed for lack of prosecution **as to defendants Mike Sulya, Predicate Actor; Officer, Priority Posting and Publishing; Swarovski Financial, Predicate Actor; Evgeny Swarovski, Predicate Actor; Court of Common Pleas Adams County; Knoxville County General Sessions Court; Superior Court of California - Contra Costa County; and Priority Posting and Publishing, only**.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of plaintiff's response.

Plaintiffs are advised that the Court will consider the following:

1) Proofs of service of summons on First Amended Petition and First Amended Petition on **defendants Mike Sulya, Predicate Actor; Officer, Priority Posting and Publishing; Swarovski Financial, Predicate Actor; Evgeny Swarovski, Predicate Actor; Court of Common Pleas Adams County; Knoxville County General Sessions Court; Superior Court of California - Contra Costa County; and Priority Posting and Publishing**

on or before the date indicated above, the Court will consider this a satisfactory response to the Order to Show Cause.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 08-1142 CAS (JWJx) | Date | March 20, 2009 |
|---|---|---|---|
| Title | *JOHN-ROBERT SORENSEN, ETC., ET AL. v. IN REM "NOTICE OF LIEN"; ET AL.* | | |

00 : 00

Initials of Preparer     CMJ