Henry Patrick Nelson  CSB #32249
Amber A. Logan, CSB #166395
Rina M. Mathevosian, CSB #251423
**Nelson & Fulton**
Equitable Plaza, Suite 2800
3435 Wilshire Boulevard
Los Angeles, CA 90010-2014
Tel(213)365-2703 / Fax(213)365-9130
nelson-fulton@covad.net

Attorneys for Defendants,
County of Los Angeles and Los Angeles County Sheriff Leroy D. Baca

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROBERT: SORENSEN, et al., | CASE NO. EDCV08-1142 CAS (JWJx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| IN REM "NOTICE OF LIEN" BY JOHN A. CLARKE, et al., | Judge: Hon. Christina A. Snyder  Courtroom 5 |
| Defendants. | |

The motion to dismiss Plaintiffs' First Amended Complaint by Defendants Los Angeles County SHERIFF LEROY D. BACA and the COUNTY OF LOS ANGELES, came on regularly for hearing on January 12, 2009, before the Honorable Christina A. Snyder, District Court Judge.  The issues having been duly heard and a decision having been duly rendered, this Court granted the motion to dismiss without leave to amend, and the First Amended Complaint is dismissed with prejudice as to these defendants.

////

////

-1-

IT IS SO ORDERED AND ADJUDGED that the action be dismissed against Defendants Los Angeles County SHERIFF LEROY D. BACA and the COUNTY OF LOS ANGELES.

DATED: March 27, 2009

_____
HON. CHRISTINA A. SNYDER
United States District Court Judge