SARAH L. OVERTON (CSB # 163810)
CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
3801 University Avenue, Suite 560
Riverside, CA 92501
(951) 276-4420
(951) 276-4405 facsimile
soverton@cmda-law.com
Attorneys for Defendants
Superior Court of California, County of Contra Costa

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN-ROBERT: SORENSEN, LINDA-WEN-KWANG: WANG, JAN-MARIE: SHIEBERL, and ODELL-AMMON:BROOM III, and JOHN AND JANE DOE 1 through 100,<br><br>Plaintiffs,<br><br>v.<br><br>IN REM "NOTICE OF LIEN", et al,<br><br>Defendants. | CASE NO. ED CV 08-1142-CAS (JWJx)<br><br>JUDGMENT |

The motion to dismiss plaintiff's complaint of defendant Superior Court of California, County of Contra Costa came before the Honorable Christina A. Snyder, District Court Judge. The issues having been duly read and a decision having been duly rendered, this Court granted the motion to dismiss without leave to amend and the complaint dismissed with prejudice as to this defendant.

///

///

///

Cummings, McClorey,
Davis, Acho
& Associates, P.C.
3801 University Avenue,
Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

-1-
[PROPOSED] JUDGMENT

1   IT IS SO ORDERED AND ADJUDGED that the action be dismissed
2  against defendant Superior Court of California, County of Contra Costa, and that this
3  defendant recover its costs.

4

5  Dated__3/30/09_____   _____
6                                                           United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

SORENSEN V. IN REM "NOTICE OF LIEN"
CV08-1142-CAS(JWJx)

I, the undersigned, declare as follows:

I am employed in the County of Riverside, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University Avenue, Suite 560, Riverside, California 92501.

On, March 27, 2009, I served the foregoing document(s): [PROPOSED] JUDGMENT on the following party(ies) in this action addressed as follows:

John-Robert:Sorensen
P.O. Box 3974
Alhambra, CA 91803

Jan-Marie Shieberl
2440 Millstream Lane
San Ramon, CA 94582

Odell-Ammon Broom III
P.O. Box 58418
Webster, TX 77598

Judith E. Deming
Judith E. Deming Law Offices
17911 Von Karman Avenue, Suite 300
Irvine, CA 92614

[XX] (*BY MAIL*) I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Riverside, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

-3-
[PROPOSED] JUDGMENT

1  []  (*BY PERSONAL SERVICE*) I delivered each such document by hand to each
2  addressee above.

3  []  (*BY OVERNIGHT DELIVERY*) I caused a true copy of each document,
4  placed in a sealed envelope with delivery fees provided for, to be deposited in a
5  box regularly maintained by **United Parcel Service®(UPS).** I am readily familiar
   with this firm's practice for collection and processing of documents for overnight
6  delivery and know that in the ordinary course of business practice the document(s)
7  described above will be deposited in a box or other facility regularly maintained by
   UPS or delivered to a courier or driver authorized by UPS to receive documents on
8  the same date it is placed for collection.

9
10 []  (*BY FACSIMILE*) By use of facsimile machine number (951) 276-4405, I
   served a copy of the within document(s) on the above interested parties at the
11 facsimile numbers listed above. The transmission was reported as complete and
12 without error. The transmission report was properly issued by the transmitting
   facsimile machine.
13
14  Executed on March 27, 2009, in Riverside, California. I declare under
   penalty of perjury under the laws of the State of California that the above is true
15 and correct.

16            /S/ Marsha Bradley

17            MARSHA BRADLEY

18
19
20
21
22
23
24
25
26
27
28

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue, Suite 560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405